IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

PNC Bank, National Association, successor to National City Bank of the Midwest

Plaintiff,

v.

David Edge a/k/a David L. Edge; Susan L. Edge; United States of America

Defendants.

Case No. 14 cv 50063

Assigned Judge: Frederick J. Kapala

Magistrate Judge: Iain D. Johnston

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank of the Midwest , by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendants:

David Edge a/k/a David L. Edge

Susan L. Edge

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

PNC Bank, National Association, successor to National City Bank of the Midwest

By: /s/ Francis J. Pendergast, III
One of Its Attorneys

Francis J. Pendergast, III (ARDC# 3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
fpendergast@crowleylamb.com